1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8               CENTRAL DISTRICT OF CALIFORNIA

9                     WESTERN DIVISION

10

11  WALTER J. BURNS,                ) No. CV 14-07177-GHK (VBK)
                                    )
12              Petitioner,         ) JUDGMENT
                                    )
13       v.                         )
                                    )
14  EDWARD VALENZUELA,              )
                                    )
15              Respondent.         )
    _____)

16

17       Pursuant to the Order Summarily Dismissing Petition for Writ of

18  Habeas Corpus for Lack of Subject Matter Jurisdiction,

19       **IT IS ADJUDGED** that this action is summarily dismissed pursuant

20  to Rule 4 of the Rules Governing Section 2254 Cases in the United

21  States District Courts.

22

23  DATED:    9/29/14         _____

24                            GEORGE H. KING
                              CHIEF UNITED STATES DISTRICT JUDGE

25

26

27

28